JOSEPH A. LEHRER et al., Respondents, v. J. A. PROCOPE & Co. et al., Defendants, and JACK A. PROCOPE, Appellant.—

Concur — Markewich, J. P., Nunez, McNally and Steuer, JJ.